IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALI ALHAKEMI, | ) | |
| | ) | |
| Petitioner, | ) | 8:18CV467 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, SCOTT R. | ) | ORDER |
| FRAKES, Director, Nebraska | ) | |
| Correctional Services, and MICHELL | ) | |
| CAPPS, Warden, Nebraska State | ) | |
| Penitentiary, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner has filed a petition for writ of habeas corpus which I have today progressed. He has also filed two motions. One motion is for the appointment of counsel. The other motion is for the appointment of an Arabic interpreter. Petitioner alleges that he cannot speak the English language and further that the inmate legal aides can provide no further assistance to him.

IT IS ORDERED that on or before the close of business on Friday, November 16, 2018, counsel for the Respondents shall submit a brief and such evidentiary materials as may be necessary addressing the motion for appointment of counsel (filing no. 2) and the motion for appointment of Arabic interpreter (filing no. 3).

DATED this 1st day of November, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge