IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ALI ALHAKEMI, | ) | |
|---|---|---|
| Petitioner, | ) | 8:18CV467 |
| v. | ) | |
| STATE OF NEBRASKA, SCOTT R. FRAKES, Director, Nebraska Correctional Services, and MICHELL CAPPS, Warden, Nebraska State Penitentiary, | ) | ORDER |
| Respondents. | ) | |

IT IS ORDERED that Respondents' Motion for Extension of Time to File a Responsive Pleading (filing no. 11) is granted. On or before the close of business on November 21, 2018, counsel for the Respondents shall submit a brief and such evidentiary materials as may be necessary addressing the Motion for Appointment of Counsel (filing no. 2) and the Motion for Appointment of Arabic Interpreter (filing no. 3).

DATED this 19th day of November, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge