IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALI ALHAKEMI, | ) | |
| Petitioner, | ) | 8:18CV467 |
| v. | ) | |
| SCOTT R. FRAKES, Director, Nebraska Correctional Services, and MICHELL CAPPS, Warden, Nebraska State Penitentiary, | ) | ORDER |
| Respondents. | ) | |

Based upon the detailed and helpful submissions of Respondents (filing no. 14; filing no. 15),

IT IS ORDERED that Petitioner's requests for appointment of counsel (filing no. 2) and appointment of an Arabic interpreter (filing no. 3) are denied.[1]

DATED this 26th day of November, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] The parties are reminded of the progression order deadlines set out in filing no. 7.