IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ALI ALHAKEMI, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 8:18CV467 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT R. FRAKES, Director, | ) | ORDER |
| Nebraska Correctional Services, and | ) | |
| MICHELL CAPPS, Warden, | ) | |
| Nebraska State Penitentiary, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

IT IS ORDERED that Petitioner's Motion for Reconsideration (filing no. 17) is denied.

DATED this 17th day of December, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge