IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ALI ALHAKEMI,

      Petitioner,

v.

SCOTT R. FRAKES, Director, Nebraska Correctional Services, and MICHELL CAPPS, Warden, Nebraska State Penitentiary,

      Respondents.

8:18CV467

MEMORANDUM AND ORDER

After careful consideration,

IT IS ORDERED that:

(1) The Motion for Leave to Proceed in Forma Pauperis (filing no. 29) is granted.

(2) The Motion for Certificate of Appealability (filing no. 30) appears to have been misfiled in this case as it is explicitly directed to the Court of Appeals. Therefore, the Clerk shall forward a copy of the Motion for Certificate of Appealability and this Memorandum and Order to the Clerk of the United States Court of Appeals for the Eighth Circuit. When that is done, the Clerk shall terminate filing no. 30.[1]

DATED this 29th day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] I have already denied a Certificate of Appealability. (See filing no. 26 at CM/ECF p. 12.)